FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 16 2014

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                       NO. 4:14CR00039-01 JLH

SONJA R. CUNNINGHAM                                         DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on July 11, 2014, is hereby amended to reflect that the special penalty assessment imposed was $100 per count of conviction for a total of $200.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this ___16th___ day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE